UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

# CRIMINAL MINUTES

| | | |
|---|---|---|
| **Date:** January 23, 2024 | **Time:** 30 minutes | **Judge:** RICHARD SEEBORG |
| **Case No.:** 23-cr-00090-RS-1 | **Case Name:** USA v. Tony Tran | |

**Attorney for Government:** Kristina Green
**Attorney for Defendant:** David Cohen
**Defendant:** [X] Present   [ ] Not Present
**Defendant's Custodial Status:** [ ] In Custody  [X] Not in Custody

| | |
|---|---|
| **Deputy Clerk:** Corinne Lew | **Court Reporter:** Kendra Steppler |
| **Interpreter:** n/a | **Probation Officer:** Melissa Moy |

## PROCEEDINGS

Sentencing Hearing – Held.

## SUMMARY

The court sentenced the defendant to the custody of the Bureau of Prisons for a period of 18 months as to Count One of the Information.

Upon release from custody, the defendant shall be placed on a term of supervised release for a period of 3 years.

The defendant is ordered to pay a special assessment in the amount of $100, which shall be due immediately.  The defendant is ordered to pay a fine in the amount of $2,500.
(see judgment for additional conditions)

Self surrender date: April 2, 2024

Court recommendation to BOP: That the defendant be placed in a facility as close as possible to the San Francisco Bay Area and participate (if eligible) in the Residential Drug Abuse Program (RDAP) while in custody.